1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KENNETH EUGENE STEVENSON,

11          Petitioner,              No. CIV S-07-2278 GEB JFM P

12   vs.

13   DERRAL G. ADAMS, et al.,

14          Respondents.            ORDER

15   _____/

16          Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254.  On March 19, 2008 petitioner filed a request for an

18   extension of time to file and serve a response to respondents' March 10, 2008 motion to dismiss

19   and a request for appointment of counsel.[1]  Good cause appearing, petitioner's request for

20   extension of time will be granted.

21          There currently exists no absolute right to appointment of counsel in habeas

22   proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C.

23   § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice

24   so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does

25   not find that the interests of justice would be served by the appointment of counsel at the present

26   _____

          [1] The latter is, literally, a request for a form to use to request appointment of counsel.
Good cause appearing, the court construes the letter as a request for appointment of counsel.

1  time.  Accordingly, petitioner's request for appointment of counsel will be denied without

2  prejudice.

3     In accordance with the above, IT IS HEREBY ORDERED that:

4     1.  Petitioner's March 19, 2008 request for an extension of time is granted;

5     2.  Petitioner is granted sixty days from the date of this order in which to file and

6  serve an opposition to respondent's March 10, 2008 motion to dismiss; and

7     3.  Petitioner's March 19, 2008 request for appointment of counsel is denied

8  without prejudice to a renewal of the motion at a later stage of the proceedings.

9  DATED:  March 31, 2008.

10

11

12  UNITED STATES MAGISTRATE JUDGE

13  12/mp
 stev2278.110+111

14

15

16

17

18

19

20

21

22

23

24

25

26